# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| **JOSE A. DIAZ,** | ) | **Case No. CV 13-6047 DDP (AJW)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER ACCEPTING REPORT** |
| **v.** | ) | **AND RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| **CITY OF SAN FERNANDO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED:  __August 28___, 2015

_____
DEAN D. PREGERSON
United States District Judge