UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE A. DIAZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SAN FERNANDO, et al., ) <br> ) <br> Defendant. ) <br> _____) | No. CV 13-06047 DDP (AJW) <br><br> J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: August 28__, 2015

_____
DEAN D. PREGERSON
United States District Judge